## Downing Estate.

Argued May 26, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Raymond M. Remick,* with him *Saul, Ewing, Remick & Saul,* for appellant.

*Thomas Raeburn White,* with him *W. Wilson White* and *White & Williams,* for appellee.

PER CURIAM, July 6, 1948:

This Decree is affirmed on the opinion of President Judge RHODES of the Superior Court. Costs to be paid by appellant.